IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Eridanus Technologies, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Advanced Micro Devices, Inc., <br><br> Defendant. | Civil Action No. 1:23-cv-01036-DAE <br><br> Jury Trial Demanded |

**JOINT NOTICE OF RESOLUTION AND MOTION TO STAY**

Plaintiff Eridanus Technologies, Inc., on the one hand, and Defendant Advanced Micro Devices, Inc., on the other hand, notify the Court that they have resolved all claims in this case. The parties have already substantially memorialized their agreements and, thus, move the Court to stay the case for thirty (30) days to avoid significant litigation-related expenditures while the settlement is finalized, signed and consummated.

For the foregoing reason, the parties respectfully ask that the Court enter an order staying all deadlines for thirty (30) days so they may complete their settlement and move to dismiss expeditiously

**Dated:** January 28, 2024                                   Respectfully submitted,

*/s/ Edward R. Nelson III*                                    */s/ Jennifer Librach Nall*
Edward R. Nelson III                                          Jennifer Librach Nall
State Bar No. 00797142                                        Bar No. 24061613
Nelson Bumgardner Conroy PC                                   Brian K. Erickson
3131 West 7th Street, Suite 300                               Bar No. 24012594
Fort Worth, Texas 76107                                       Ahimsa E. Hodari
Tel: (817) 377-9111                                           Bar No. 24132415
ed@nelbum.com                                                 DLA Piper LLP (US)
                                                              303 Colorado Street, Suite 3000

| | |
|---|---|
| Ryan P. Griffin<br>State Bar No. 24053687<br>Jonathan H. Rastegar<br>State Bar No. 24064043<br>Nelson Bumgardner Conroy PC<br>2727 N. Harwood St., Suite 250<br>Dallas, TX 75201<br>Tel: (214) 446-4950<br>ryan@nelbum.com<br>jon@nelbum.com<br><br>**Attorneys for Plaintiff**<br>**Eridanus Technologies, Inc.** | Austin, TX 78701<br>Tel: 512.457.7125<br>Fax: 512.457.7001<br>jennifer.nall@us.dlapiper.com<br>Brian.erickson@us.dlapiper.com<br>Ahimsa.hodari@us.dlapiper.com<br>Daniel Valencia<br>Washington, DC Bar No. 974818<br>DLA Piper LLP (US)<br>500 Eighth Street, NW<br>Washington, DC 20004<br>Tel: 202.799.4000<br>Fax: 202.799.5000<br>daniel.valencia@us.dlapiper.com<br><br>**Attorneys for Defendant Advanced Micro Devices, Inc**. |

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Plaintiff conferred with counsel for Defendant and the parties are in agreement as to the relief sought by this joint notice.

*/s/ Edward R. Nelson III*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served on all parties of record on January 28, 2024 via the Court's CM/ECF system.

*/s/ Edward R. Nelson III*